Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
Blake E. Williams, Esq. (SBN 233158)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287–Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com
bwilliams@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al.,<br><br>          Plaintiffs,<br><br>v.<br><br>J&C FUENTES PAINTING & DECORATING CO., INC., a California Corporation,<br><br>          Defendant. | Case No.:  C10-2467 VRW<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that pursuant to F.R.C.P., Rule 41(a)(1), Plaintiffs BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al., voluntarily dismiss, without prejudice, their claim against Defendant J&C FUENTES PAINTING & DECORATING CO., INC. a California Corporation.  Defendant has neither served an answer nor moved for summary judgment, and Plaintiffs have not previously filed or dismissed any similar action against Defendant.

///

///

///

///

///

**NOTICE OF VOLUNTARY DISMISSAL**
**Case No.: C10-2467 VRW**

P:\CLIENTS\PATCL\J&C Fuentes Painting\Pleadings\C10-2467 VRW Notice of Voluntary Dismissal 081910.doc

1  It is therefore requested that this action be dismissed without prejudice, and that the Court
2  retain jurisdiction over this matter.
3  I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above-
4  entitled action, and that the foregoing is true of my own knowledge.
5  Executed this 19th day of August, 2010, at San Francisco, California.

                                      SALTZMAN & JOHNSON
                                      LAW CORPORATION

                        By:  /S/Blake E. Williams
                             Blake E. Williams
                             Attorneys for Plaintiffs

IT IS SO ORDERED.

This case is dismissed without prejudice and the Court shall retain jurisdiction over this matter.

Date: August 25, 2010

_____
UNITED STATES DISTRICT COURT JUDGE

*[Seal: Judge Vaughn R Walker, United States District Court, Northern District of California]*

**NOTICE OF VOLUNTARY DISMISSAL**
**Case No.: C10-2467 VRW**

P:\CLIENTS\PATCL\J&C Fuentes Painting\Pleadings\C10-2467 VRW Notice of Voluntary Dismissal 081910.doc

PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On August 20, 2010, I served the following document(s):

**NOTICE OF VOLUNTARY DISMISSAL**

on the interested parties in said action by First Class U.S. Mail, by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

**Jesus Fuentes**
**J&C Fuentes Painting & Decorating Co., Inc.**
**7600 Garfield Ave.**
**Oakland, California 94605**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 20th day of August, 2010, at San Francisco, California.

/S/ Vanessa de Fábrega
Vanessa de Fábrega

**NOTICE OF VOLUNTARY DISMISSAL**
**Case No.: C10-2467 VRW**

P:\CLIENTS\PATCL\J&C Fuentes Painting\Pleadings\C10-2467 VRW Notice of Voluntary Dismissal 081910.doc